## BARRETT V. WESTERN ASSURANCE CO.

(Decided Nov. 17, 1910.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## BROWN V. BROWN.

(Decided Dec. 8, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

CLARK WILLIAMS, for appellant. ULLMAN & WINK-LER, for appellee.

DOWDELL, C. J. Affirmed on the facts.

SIMPSON, McCLELLAN and MAYFIELD, JJ., concur.

## CHANDLER V. LANGFORD.

(Decided Jan. 12, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## CITY OF BIRMINGHAM V. SMITH.

(Decided Dec. 1, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

R. H. THACH, for appellant. A. E. SMITH, and ALLEN & BELL, for appellee.

Per curiam. Affirmed on certificate.